# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 23-1200V

|  |  |
|---|---|
| KAYLA GOGGANS, | Chief Special Master Corcoran |
| Petitioner, | |
| v. | Filed: December 4, 2024 |
| SECRETARY OF HEALTH AND HUMAN SERVICES, | |
| Respondent. | |

*Leah VaSahnja Durant, Law Offices of Leah V. Durant, PLLC, Washington, DC, for Petitioner.*

*Neil Bhargava, U.S. Department of Justice, Washington, DC, for Respondent.*

## DECISION AWARDING DAMAGES[1]

On July 31, 2023,[2] Kayla Goggans filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[3] (the "Vaccine Act"). Petitioner alleges that that she suffered a Table shoulder injury related to vaccine administration ("SIRVA"), as the result of an influenza ("flu") vaccination received on October 6, 2022. Petition at 1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On July 11, 2024, a ruling on entitlement was issued, finding Petitioner entitled to compensation for SIRVA. On December 3, 2024, Respondent filed a proffer on award of

---

[1] Because this Decision contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] Respondent's Proffer on Award of Compensation inadvertently contains a typographical error stating the Petition was filed on January 31, 2024. ECF No. 26 at 1.

[3] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

compensation ("Proffer") indicating Petitioner should be awarded $52,500.00 in pain and suffering and $667.24 in unreimbursable expenses. Proffer at 1-2.[4] In the Proffer, Respondent represented that Petitioner agrees with the proffered award. *Id.* Based on the record as a whole, I find that Petitioner is entitled to an award as stated in the Proffer.

Pursuant to the terms stated in the attached Proffer, **I award Petitioner a lump sum payment of $53,167.24 (representing $52,500.00 in pain and suffering and $667.24 in unreimbursable expenses) in the form of a check payable to Petitioner.** This amount represents compensation for all damages that would be available under Section 15(a).

The Clerk of Court is directed to enter judgment in accordance with this decision.[5]

**IT IS SO ORDERED.**

<u>**s/Brian H. Corcoran**</u>
Brian H. Corcoran
Chief Special Master

---

[4] Respondent's Proffer is inadvertently dated December 2, 2024, but was filed on December 3, 2024. ECF No. 26 at 3.

[5] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**OFFICE OF SPECIAL MASTERS**

KAYLA GOGGANS,

                    Petitioner,

v.                                                    No. 23-1200V (ECF)
                                                      Chief Special Master Corcoran
SECRETARY OF HEALTH AND
HUMAN SERVICES,

                    Respondent.

**RESPONDENT'S PROFFER ON AWARD OF COMPENSATION**

On January 31, 2024, Kayla Goggans ("petitioner") filed a petition for compensation

under the National Childhood Vaccine Injury Act of 1986, as amended ("the Vaccine Act" or

"the Act"), 42 U.S.C. §§ 300aa-1 to -34, alleging that she suffered a Shoulder Injury Related to

Vaccine Administration ("SIRVA"), as defined in the Vaccine Injury Table, following

administration of an influenza ("flu") vaccine that she received on October 6, 2022.  ECF No. 1

at 1.  On July 8, 2024, respondent filed a Rule 4(c) Report, recommending that compensation be

awarded.  ECF No. 21.  On July 11, 2024, Chief Special Master Corcoran issued a Ruling on

Entitlement, agreeing with respondent that petitioner's claim meets the Table criteria for SIRVA.

ECF No. 21.

   **I.      Items of Compensation**

           a.  Pain and Suffering

Respondent proffers that petitioner should be awarded **$52,500.00** in pain and suffering.

*See* 42 U.S.C. § 300aa-15(a)(4).  Petitioner agrees.

b.  Unreimburseable Expenses

Respondent proffers that petitioner should be awarded **$667.24** in unreimburseable

expenses.  *See* 42 U.S.C. § 300aa-15(a)(1).  Petitioner agrees.

These amounts represent all elements of compensation to which petitioner is entitled

under 42 U.S.C. §300aa-15(a).  Petitioner agrees.

## II.    Form of the Award

Petitioner is a competent adult.  Evidence of guardianship is not required in this case.

Respondent recommends that the compensation provided to petitioner should be made through a

lump sum payment as described below and requests that the Chief Special Master's decision and

the Court's judgment award the following:[1]

a.  A lump sum payment of **$53,167.24**, in the form of a check payable to petitioner.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

C. SALVATORE D'ALESSIO
Director
Torts Branch, Civil Division

HEATHER L. PEARLMAN
Deputy Director
Torts Branch, Civil Division

VORIS E. JOHNSON
Assistant Director
Torts Branch, Civil Division

---

[1] Should petitioner die prior to entry of judgment, the parties reserve the right to move the Court for appropriate relief.  In particular, respondent would oppose any award for future lost earnings and future pain and suffering.

3

/s/ *Neil Bhargava*
NEIL BHARGAVA
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 146
Ben Franklin Station
Washington, D.C.  20044-0146
Tel: (202) 305-3989
Email: neil.bhargava@usdoj.gov

Dated: December 2, 2024